IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT ADAM TUCKER,

        Plaintiff,

vs.

BNSF RAILWAY CO.,

        Defendant.

4:22-CV-3262

ORDER

IT IS ORDERED:

1. The plaintiff's motion to amend by interlineation (filing 16) is granted in part and denied in part.

2. The plaintiff is granted leave to file a second amended complaint containing the revisions reflected in his motion.

3. The plaintiff shall file his amended complaint on or before 5:00 p.m. on Friday, April 21, 2023.

4. The defendant may reply in support of its pending motion to dismiss (filing 14) on or before May 5, 2023.

Dated this 20th day of April, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge